Timothy B. Del Castillo (State Bar No. 277296)
Kent L. Bradbury (State Bar No. 279402)
CASTLE LAW: CALIFORNIA EMPLOYMENT
COUNSEL, PC
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone:   (916) 245-0122
Email: tdc@castleemploymentlaw.com
Email: kb@castleemploymentlaw.com

Attorneys for Plaintiff
WILCON PUJANES

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
MUNCK WILSON MANDALA, LLP
1925 Century Park East, Suite 2300
Los Angeles, California  90067
Telephone:   (310) 286-0377
Facsimile:    (972) 628-3616
Email: jberry@munckwilson.com
Email: klaquay@munckwilson.com

Attorneys for Defendant
BOTTLING GROUP, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| WILCON PUJANES, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>BOTTLING GROUP, LLC; Does 1 to 20, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-01524-KJM-JDP<br><br>Removal from Sacramento County Superior Court, Case No. 34-2021-00304322]<br><br>**STIPULATION TO DISMISS ACTION; ORDER THEREON**<br><br>**Fed. R. Civ. Proc. 41(a)(1)(A)(ii)** |

Case No. 2:21-cv-01524-KJM-JDP

**STIPULATION TO DISMISS ACTION; ORDER THEREON**

Plaintiff Wilcon Pujanes ("Plaintiff") and defendant Bottling Group, LLC ("BGLLC"), by and through their undersigned counsel, hereby enter into the following stipulation:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed in its entirety. The action is dismissed <u>with</u> prejudice as to Plaintiff Wilcon Pujanes, and <u>without</u> prejudice as to unnamed putative class members. The parties each shall bear their respective costs and attorneys' fees.

DATED:  November 12, 2021           Respectfully submitted,

CASTLE LAW: CALIFORNIA
EMPLOYMENT COUNSEL, PC
Timothy B. Del Castillo
Kent L. Bradbury


By /s/ *Kent L. Bradbury*   as authorized on 11/12/2021
Kent L. Bradbury
Attorneys for Plaintiff WILCON PUJANES

DATED:  November 12, 2021           MUNCK WILSON MANDALA, LLP
James H. Berry, Jr.
Kate LaQuay


By /s/ *James H. Berry, Jr.*
James H. Berry, Jr.
Attorneys for Defendant BOTTLING GROUP, LLC

## ORDER

IT IS SO ORDERED.  This action is dismissed <u>with</u> prejudice as to Plaintiff Wilcon Pujanes, and <u>without</u> prejudice as to unnamed putative class members. The parties each shall bear their respective costs and attorneys' fees.

DATED:  November 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS ACTION; ORDER THEREON**